IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARCO ANNONI, on behalf of himself and others similarly situated,<br><br>        Plaintiff<br><br>   v.<br><br>FYISMS.COM, LLC,<br><br>        Defendant. | Case No. 1:11-cv-1603<br>Honorable Gary Feinerman<br><br><br>(Oral Argument Requested) |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant FYIsms.com respectfully moves the Court to dismiss plaintiff's complaint.

In this lawsuit, plaintiff alleges that defendant FYIsms violated section 227(b)(1) of the Telephone Consumer Protection Act ("TCPA") when it purportedly sent plaintiff and other putative class members text messages using an automatic telephone dialing system ("ATDS"). As demonstrated in the attached memorandum, plaintiff offers only unsupported, conclusory allegations that FYIsms used an ATDS, which is insufficient to state a claim under the TCPA.

Accordingly, FYIsms respectfully requests that the Court grant its Motion to Dismiss, and enter judgment for defendant and against plaintiff on his complaint.

Dated: April 13, 2011                    Respectfully submitted,

                                                  /s/ Brian A. Cabianca
                                    Brian A. Cabianca (AZ Bar No. 016410)

                                    SQUIRE, SANDERS & DEMPSEY (US) LLP
                                    1 East Washington Street, Suite 2700
                                    Phoenix, Arizona 85004-2556
                                    Telephone: (602) 528-4000
                                    Facsimile: (602) 253-8129

                                    Attorneys for Defendant FYIsms.com, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing MOTION TO DISMISS PLAINTIFF'S COMPLAINT was filed electronically this 13th day of April, 2011, and will be served on all counsel of record by operation of the court's e-mail notification system.

/s/ Brian A. Cabianca
Brian A. Cabianca (AZ Bar No. 016410)

SQUIRE, SANDERS & DEMPSEY (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

Attorney for Defendant FYIsms.com, LLC