**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARCO ANNONI, on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>            v.<br><br>FYISMS.COM, LLC,<br>    Defendant. | )<br>)  1:11-cv-1603<br>)<br>)  Judge Feinerman<br>)  Magistrate Judge Mason<br>)<br>)  JURY DEMANDED<br>)<br>) |

**PLAINTIFF'S SECOND MOTION TO CONTINUE BRIEFING SCHEDULE**

Plaintiff respectfully requests that this Court continue the briefing schedule entered regarding defendant's motion for summary judgment by an additional three weeks because he did not receive the discovery expected in the timeframe expected, and because plaintiff's counsel's wife gave birth to their second child on June 22, 2011.

In further support of this motion, plaintiff states:

1.    Plaintiff Marco Annoni brings this action against FYIsms.com, LLC ("FYI") to secure redress for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), having to do with the sending of text messages.

2.    FYISMS.com, LLC filed a motion for summary judgment early in the case. Based upon early estimations of counsel, the Court entered a schedule whereby plaintiff would respond to the summary judgment motion. That schedule was revised by court order on May 23, 2011, at the request of plaintiff's counsel.

3.    On May 22, 2011, plaintiff's counsel's wife gave birth to a son, a week early.

4. Counsel was overly optimistic about how much could be accomplished before the current June 2, 2011 deadline for his Fed.R.Civ.P. 56(d) motion. At the time of the motion, counsel expected the baby to be born on June 1, 2011, and to draft and file the brief early.

5. However, given family obligations and sleep deprivation, and although counsel has given this motion and discovery in this case a substantial amount of time and effort, he simply cannot complete the motion on June 2, 2011.

6. Another reason why an extension is appropriate is that, although defendant apparently snail-mailed its discovery responses to plaintiff on May 16, 2011, they were not received until May 31, 2011. Upon request of counsel, the responses were emailed on May 26, 2011. Documents were not received by counsel until May 31, 2011, although counsel understands that they were delivered to his receptionist the afternoon of May 27, 2011.

7. The extra time will provide plaintiff with more time to review the discovery responses and documents, which he has only had for a few days, and to figure out what materials will be needed pursuant to Fed.R.Civ.P. 56(d).

8. Plaintiff files this motion for the reasons herein, and not for any dilatory or improper purpose. Plaintiff does not anticipate requesting any more extensions relating to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court continue the briefing schedule entered regarding defendant's motion for summary judgment by an additional three weeks because he did not receive the discovery expected in the timeframe expected, and because plaintiff's counsel's wife gave birth to their second child on June 22, 2011.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com