Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Gary Feinerman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1603 | **DATE** | 8/15/2011 |
| **CASE TITLE** | Annoni vs. FYIsms.com, LLC | | |

**DOCKET ENTRY TEXT**

   Plaintiff's Rule 56(d) motion [31] is granted in part and denied in part. Plaintiff's response to Defendant's summary judgment motion [17] shall be filed by 11/15/2011; reply due by 12/2/2011.

■[ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

   The court grants Plaintiff Marco Annoni an additional three months: (I) to complete discovery regarding whether the equipment/system that Defendant FYIsms.com, LLC used to send text messages to Plaintiff is an "automatic telephone dialing system" under 47 U.S.C. § 227(a)(1); and (ii) to obtain an expert report regarding Defendant's equipment/system. This ruling does not reflect any conclusions about the breadth of the term "automatic telephone dialing system" under 47 U.S.C. § 227(a)(1) or about whether the expert report (if filed) will have any bearing on the resolution of Defendant's summary judgment motion.
   With respect to Plaintiff's Request for Admission Nos. 41-44, Defendant shall answer the requests as drafted by Plaintiff, not as reframed by Defendant. If any or all of those Requests are admitted, Defendant may qualify its admission(s) by explaining what would be required to program its equipment/system to generate random numbers (No. 41), to generate sequential numbers (No. 42), to generate random numbers and then to dial those numbers (No. 43), and/or to generate sequential numbers and then to dial those numbers (No. 44).
   With respect to Plaintiff's Request for Production Nos. 5-7, if Plaintiff believes that responsive documents in Defendant's possession or control have not been produced, Plaintiff should depose Defendant's records custodian and/or file a motion to compel. Likewise, if Defendant believes that Plaintiff is wrongfully refusing to confirm whether the referenced IP address belongs to Plaintiff, or to identify to whom the IP address belongs, Defendant may file a motion to compel.

| | Courtroom Deputy | JD |
|---|---|---|