**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARCO ANNONI, on behalf of himself and others similarly situated,　　　　　　　　　　　) | |
| similarly situated,　　　　　　　　　　　　　) | 1:11-cv-1603 |
| 　　　　　Plaintiff,　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | Honorable Gary Feinerman |
| 　　　　　　v.　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | |
| FYISMS.COM, LLC,　　　　　　　　　　　) | |
| 　　　　　Defendant.　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE
REPLY IN SUPPORT OF SUMMARY JUDGMENT**

Defendant FYIsms.com respectfully requests that the Court continue the briefing schedule entered regarding FYIsms's motion for summary judgment by two weeks. In support of this motion, defendant states:

1.　　　　Plaintiff filed his complaint on behalf of himself and others similarly situated on March 7, 2011. On April 15, 2011, FYIsms filed a motion for summary judgment to which plaintiff responded on November 15, 2011. This Court's August 15, 2011 Order requires defendant to file any reply in support of its motion by December 2, 2011.

2.　　　　Due to the Thanksgiving holiday and counsel's other pending cases, defendant requests additional time to fully respond to the arguments raised in plaintiff's opposition and his expert's declaration.

3.　　　　This is defendant's first request for an extension of time.

4.　　　　Accordingly, FYIsms requests this Court to extend the deadlines for its reply in support of summary judgment two weeks, to December 16, 2011.

5.　　　　FYIsms has conferred with plaintiff, and plaintiff consents to this motion.

WHEREFORE FYIsms respectfully requests this Court grant its Motion to Extend Time to File Reply, enter an Order extending the deadline two weeks, and for such further relief as may be just and necessary.

Dated: November 30, 2011

/s/ Alison E. Klingel
Brian A. Cabianca (AZ Bar No. 016410)
Brian.Cabianca@ssd.com
Alison E. Klingel (CA Bar No. 258194)
Alison.Klingel@ssd.com
(602) 528-4000
Squire, Sanders & Dempsey (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona  85004

Sharon Doherty Sirott (IL Bar No. 6236973)
Sharon.Sirott@ssd.com
(312) 781-2763
Squire, Sanders & Dempsey (US) LLP
70 West Madison Street, Suite 2015
Chicago, Illinois  60602

*Attorneys for Defendant FYIsms.com, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing UNOPPOSED MOTION

TO EXTEND TIME TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT was filed

electronically this 30th day of November, 2011, and will be served on all counsel of record by

operation of the court's e-mail notification system.

/s/ Alison E. Klingel
Brian A. Cabianca (AZ Bar No. 016410)
Alison E. Klingel (CA Bar No. 258194)
SQUIRE, SANDERS & DEMPSEY (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Email: brian.cabianca@ssd.com
Email: alison.klingel@ssd.com

*Attorneys for Defendant FYIsms.com, LLC*