**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCO ANNONI, on behalf of himself and others similarly situated, | ) ) | 1:11-cv-1603 |
| Plaintiff, | ) ) | |
| | ) | Judge Feinerman |
| v. | ) ) | |
| FYISMS.COM, LLC, | ) | |
| Defendant. | ) ) | JURY DEMANDED |

**STIPULATION FOR DISMISSAL**

The parties to this case hereby stipulate to dismissal of plaintiff's claims with prejudice, without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). The claims of the class members are dismissed without prejudice.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

/s/Brian A. Cabianca

Squire Sanders
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004
(602) 528-4160
brian.cabianca@squiresanders.com